IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 8:23-92 |
| | ) | 8 U.S.C. § 1326(a) |
| vs. | ) | |
| | ) | |
| JOSE ADRIAN SEVILLA-PADILLA | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about October 9, 2022, in the District of South Carolina, the Defendant, JOSE ADRIAN SEVILLA-PADILLA, an alien who had previously been deported from the United States, thereafter knowingly and unlawfully did enter and was found in the United States, not having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, to reapply for admission thereto;

In violation of Title 8, United States Code, Section 1326(a).

A __True__ Bill

_____
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _/s/ Max Cauthen_
Max B. Cauthen, III (Fed. ID # 06732)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Max.Cauthen@usdoj.gov

2023 FEB 14 PM 3:16
RECEIVED
USDC CLERK, GREENVILLE, SC